# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 22-5240**　　　　　　　　　　　　　　　**September Term, 2023**

**1:21-cv-01057-CKK**

**Filed On: March 19, 2024** [2045697]

Kaboni Savage,

　　　　Appellant

　v.

United States Department of Justice, et al.,

　　　　Appellees

## M A N D A T E

　　In accordance with the judgment of January 26, 2024, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

　　　　　　　　　　　　　　　　　　**FOR THE COURT:**
　　　　　　　　　　　　　　　　　　Mark J. Langer, Clerk

　　　　　　　　　　　　　　BY:　/s/
　　　　　　　　　　　　　　　　　　Daniel J. Reidy
　　　　　　　　　　　　　　　　　　Deputy Clerk

Link to the judgment filed January 26, 2024